# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10779-JKF

SARA L BONNER

267 Cambridge Rd

Clifton Heights, PA 19018

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SARA L BONNER

    267 Cambridge Rd

    Clifton Heights, PA 19018

Counsel for debtor(s), by electronic notice only.

    JEANNE MARIE CELLA
    327 W FRONT ST

    MEDIA, PA 19063-

                                 /S/ William C. Miller

Date: 3/6/2017                              _____

                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee