**JMC** | **JEANNE MARIE CELLA & ASSOCIATES, LLC**

April 24, 2017

PA Dept. of Labor
Office of UC Benefits
Policy Benefit Payment
Control 651 Boas Street,
Room 608
Harrisburg, PA 17121

Re: **Sara L Bonner, Debtor - Bankruptcy No. 17-10779**
**PA Unemployment (SSN 4175)**

To Whom It May Concern,

    Please be advised that this law firm represents Sara Bonner regarding the above referenced Chapter 13 bankruptcy. Ms. Bonner filed for Chapter 13 Bankruptcy relief in the United States District Court for the Eastern District of Pennsylvania on February 2, 2017. A courtesy copy of her Notice of Filing has been enclosed for your records. Pursuant to 11 U.S.C. Section 362(a) you are prohibited from attempting to collect any debt that arose before the commencement of this case. It is our understanding that you have placed an overpayment offset on our client's 2016 tax refund. Your letter violates the automatic stay. We hereby demand that you cease and desist attempting to collect this debt.

    If you continue to willfully violate the automatic stay we will file a Motion for Sanctions against you pursuant to 11 U.S.C. Section 362(h) and seek reimbursement of our costs and attorney fees. Thank you for your anticipated cooperation

Very truly yours,

**Jeanne Marie Cella and Associates LLC**

_/s/  Jeanne Marie Cella, Esquire_
Jeanne Marie Cella, Esquire

JMC/jam

| | |
|---|---|
| **From:** | FaxZero.com |
| **To:** | Jill McElwee |
| **Subject:** | Your fax to Becky has succeeded |
| **Date:** | Tuesday, February 7, 2017 2:58:12 PM |

Dear Jill McElwee,

Your fax to Becky at 7172572540 has been sent successfully!
Successful delivery of your fax was confirmed at 2:58 PM Eastern Standard Time on February 7th, 2017
Your fax included 1 page of coversheet with your text and 2 pages of attached documents.

Thank you,
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards, certificates, timesheets, calendars, coloring pages, and more.

-----------------------------------------------------------------------
If you want to RECEIVE faxes or send lots of pages
each month, try our friends at Foiply. Just $9 a month.
http://faxzero.com/go/foiply
-----------------------------------------------------------------------

(id#18620742)

**FaxZero.com <support@faxzero.com>**

Thu 4/6/2017 6:56 PM

To: Jill McElwee <paralegal@lawjmc.com>;

Dear Jill McElwee,

Your fax to Bankruptcy or Tax Offset Dept at 7172572540 has been sent successfully!
Successful delivery of your fax was confirmed at 6:56 PM Eastern Daylight Time on April 6th, 2017
Your fax included 1 page of coversheet with your text and 2 pages of attached documents.

Thank you,
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards,
certificates, timesheets, calendars, coloring pages, and more.

------------------------------------------------------------------------
If you want to RECEIVE faxes or send lots of pages
each month, try our friends at Foiply. Just $9 a month.
http://faxzero.com/go/foiply
------------------------------------------------------------------------

(id#19125670)

# Your fax to benefit control - bankruptcy has succeeded

FaxZero.com <support@faxzero.com>

Wed 4/12/2017 12:32 PM

To: Jill McElwee <paralegal@lawjmc.com>;

Dear Jill McElwee,

Your fax to benefit control - bankruptcy at 7172572540 has been sent successfully!
Successful delivery of your fax was confirmed at 12:32 PM Eastern Daylight Time on April 12th, 2017
Your fax included 1 page of coversheet with your text and 2 pages of attached documents.

Thank you,
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards,
certificates, timesheets, calendars, coloring pages, and more.

------------------------------------------------------------------------
If you want to RECEIVE faxes or send lots of pages
each month, try our friends at Foiply. Just $9 a month.
http://faxzero.com/go/foiply
------------------------------------------------------------------------

(id#19162937)

# Your fax to Becky has succeeded

FaxZero.com <support@faxzero.com>

Mon 4/24/2017 4:01 PM

To: Jill McElwee <paralegal@lawjmc.com>;

Dear Jill McElwee,

Your fax to Becky at 7172572540 has been sent successfully!
Successful delivery of your fax was confirmed at 4:01 PM Eastern Daylight Time on April 24th, 2017
Your fax included 1 page of coversheet with your text and 1 page of attached documents.

Thank you,
FaxZero.com

P.S. Check out https://www.FreePrintable.net: printable business cards,
certificates, timesheets, calendars, coloring pages, and more.

------------------------------------------------------------------------
If you want to RECEIVE faxes or send lots of pages
each month, try our friends at Foiply. Just $9 a month.
http://faxzero.com/go/foiply
------------------------------------------------------------------------

(id#19246501)